

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00452-CV

**IN THE INTEREST OF A.L.H.**, S.S.H., H.R.H., H.L.H, V.A.P., and R.J.R., Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA02055
Honorable Charles E. Montemayor, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs are assessed against the party that incurred them.

It is so ORDERED on October 21, 2020

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court